UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                    CASE NO. 09 B 20127
                                                          CHAPTER 13
TERESA L FRIEL
                                                          JUDGE JACK B SCHMETTERER

         DEBTOR                                           **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** PHH MORTGAGE CORP

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 2 | 19 | 09 022182  1049FREDE | $2,432.96 | $3,132.96 | $3,132.96 |
| Total Amount Paid by Trustee | | | | | $3,132.96 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 09-20127-JBS

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 25th day of February, 2014.

Debtor:
TERESA L FRIEL
130 N GARLAND CRT #5202
CHICAGO, IL 60602

Attorney:
BENJAMIN LEGAL SERVICES
1016 W JACKSON BLVD
CHICAGO, IL 60607-2914
via Clerk's ECF noticing procedures

Creditor:
PHH MORTGAGE CORP
2001 BISHOPS GATE BLVD
MAIL STOP SBRP
MT LAUREL, NJ 08054

Mortgage Creditor:
HOUSEHOLD FINANCE CORP
PO BOX 21188
EAGAN, MN 55121-4201

Mortgage Creditor:
PHH MORTGAGE
% FISHER & SHAPIRO LLC
2121 WAUKEGAN RD # 301
NORTHBROOK, IL 60062

ELECTRONIC SERVICE - United States Trustee

Date: February 25, 2014

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603